OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE
PITNEY BOWES

PRESORTED FIRST CLASS

02 1R
0002003152
$ 00.26⁵
FEB 09 2015
MAILED FROM ZIP CODE 78701

2/4/2015
HARGROVE, MARCUS WAYNE   Tr. Ct. No. 12-180-CR-A   **WR-81,965-04**

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

*RTS*
*Released*

Abel Acosta, Clerk

MARCUS WAYNE HARGROVE      U TF
# 1920120